IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

|  |  |
|---|---|
| KATHERINE MARIE HENRIKSEN and JOSEPH ROY ABELA, <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, a Delaware Corporation, and MICHELIN NORTH AMERICA, INC., a New York Corporation, <br><br> Defendants. | CV-20-27-BU-BMM <br><br><br> **ORDER** |

Defendant, Michelin North America, Inc. (MNAI) has moved for an order

allowing Michael O'Donnell, Esq., Nora Ali, Esq. and Stephen Oertle, Esq. to

appear *pro hac vice* in this case with Matthew Hayhurst, Esq., designated as local

counsel.  The applications of Mr. O'Donnell, Ms. Ali and Mr. Oertle appear to be

in compliance with L.R. 83.1(d).

IT IS ORDERED:

MNAI's motions to allow Mr. O'Donnell, Ms. Ali and Mr. Oertle to appear

on its behalf (Docs. 10, 12 and 13) are GRANTED, subject to the following

conditions:

1.      Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.      Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3.      Mr. O'Donnell, Ms. Ali and Mr. Oertle must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5.      Admission is personal to Mr. O'Donnell, Ms. Ali and Mr. Oertle.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 17th day of August, 2020.


_____

Brian Morris, Chief District Judge
United States District Court